ACCEPTED
15-25-00065-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/13/2025 4:29 PM
CHRISTOPHER A. PRINE
CLERK

4/25/2025 11:38 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-23-003634
Rosa Oneal

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/13/2025 4:31 PM
CHRISTOPHER A. PRINE
Clerk

CAUSE NO. D-1-GN-23-003634

| | | |
|---|---|---|
| ICHABOD "QUINT" BALKCOM, V | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| VS. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| | § | |
| TEXAS PARKS AND WILDLIFE | § | |
| DEPARTMENT | § | 455ᵗʰ DISTRICT COURT |

## NOTICE OF APPEAL

Plaintiff, Ichabod "Quint" Balkcom, V files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

1. The trial court, trial court case number and style of this matter are shown in the above caption.

2. The judgment was signed on April 22, 2025.

3. Plaintiff desires to appeal the ruling of the Trial Court granting Defendant's Plea to the Jurisdiction.

4. This appeal is being taken to the 3rd Court of Appeals in Austin.

5. This notice is being filed by Plaintiff Ichabod "Quint" Balkcom, V.

Respectfully submitted,

/s/ *William S. Hommel, Jr.*
William S. Hommel, Jr.
State Bar No. 09934250
Hommel Law Firm PC
5620 Old Bullard Road, Suite 115
Tyler, Texas 75703
903-596-7100 Phone/Facsimile
bhommel@hommelfirm.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon Defendant's counsel on this the 25th day of April 2025 under TRAP 9.2(c) by electronic service. Plaintiff has not requested a reporter's record; therefore there is no need to serve the court reporter.

/s/ *William S. Hommel, Jr.*
William S. Hommel, Jr.

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Natashea Moore on behalf of William Hommel Jr
Bar No. 09934250
nmoore@hommelfirm.com
Envelope ID: 100092911
Filing Code Description: Notice of Appeal
Filing Description: NOTICE OF APPEAL
Status as of 4/28/2025 10:20 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| William SHommel Jr | | bhommel@hommelfirm.com | 4/25/2025 11:33:27 AM | SENT |
| Legal Assistant | | info@hommelfirm.com | 4/25/2025 11:33:27 AM | SENT |
| Natashea Moore | | nmoore@hommelfirm.com | 4/25/2025 11:33:27 AM | SENT |
| Jennifer Holt | | jennifer.holt@oag.texas.gov | 4/25/2025 11:33:27 AM | SENT |
| Joseph Keeney | | joseph.keeney@oag.texas.gov | 4/25/2025 11:33:27 AM | SENT |
| Robert W.Schmidt | | bob@robertwschmidt.com | 4/25/2025 11:33:27 AM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Natashea Moore on behalf of William Hommel Jr
Bar No. 09934250
nmoore@hommelfirm.com
Envelope ID: 100789851
Filing Code Description: Copy of Notice of Appeal
Filing Description: Notice of Appeal
Status as of 5/13/2025 4:38 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joseph Keeney | 24092616 | joseph.keeney@oag.texas.gov | 5/13/2025 4:29:31 PM | NOT SENT |
| Natashea Moore | | nmoore@hommelfirm.com | 5/13/2025 4:29:31 PM | NOT SENT |
| William SHommel Jr | | bhommel@hommelfirm.com | 5/13/2025 4:29:31 PM | NOT SENT |
| Legal Assistant | | info@hommelfirm.com | 5/13/2025 4:29:31 PM | NOT SENT |
| Caroline Taylor | | caroline.taylor@oag.texas.gov | 5/13/2025 4:29:31 PM | NOT SENT |
| Robert Schmidt | | bob@robertwschmidt.com | 5/13/2025 4:29:31 PM | NOT SENT |